

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00334-CV

| | | |
|---|---|---|
| CITY OF RICHLAND HILLS, TEXAS, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-305366-19) |
| V. | § | September 16, 2021 |
| BARBARA CHILDRESS, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed to the extent that it denies the City of Richland Hills, Texas's motion for summary judgment asserting a plea to the jurisdiction.

It is further ordered that appellant City of Richland Hills, Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack